```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 43789
   JOSE EUSTAQUIO CARDONA
   MARY ANN CARDONA                           CHAPTER 13

                                              JUDGE: MANUEL BARBOSA
         Debtor
   SSN XXX-XX-5863    SSN XXX-XX-0998


------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/24/04 and confirmed on 01/20/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  22158.28 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HARRIS BANK - BARRINGTON | SECURED VEHIC | 1117.58 | 22.35 | 1117.58 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| FINGERHUT | UNSECURED | 6308.91 | .00 | 4359.14 |
| JP MORGAN CHASE BANK | UNSECURED | NOT FILED | .00 | .00 |
| JP MORGAN CHASE BANK NA | UNSECURED | 431.02 | .00 | 297.81 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| TOG DEBT SOLUTIONS | UNSECURED | 5073.88 | .00 | 3505.79 |
| DISTRICT 30 | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 2006.85 | .00 | 1386.63 |
| ILL DEPT OF EMPLOYMENT S | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | 1094.85 | 73.15 | 756.49 |
| WORLD FINANCIAL NETWORK | UNSECURED | 334.03 | .00 | 230.80 |
| MBNA | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 5496.48 | .00 | 3797.79 |
| VERIZON | UNSECURED | NOT FILED | .00 | .00 |
| FORD MOTOR CREDIT CO | UNSECURED | .00 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 2369.47 | .00 | 1637.18 |
| BECKET & LEE LLP | UNSECURED | 1369.30 | .00 | 946.12 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 55.17 | .00 | 38.12 |
| DAIMLER CHRYSLER SERVICE | FILED LATE | .00 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

```
         Summary of disbursements:
```

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 1117.58 | .00 | 24539.96 | .00 | 25657.54 |
| PRINCIPAL PAID | 1117.58 | .00 | 16955.87 | .00 | 18073.45 |
| INTEREST PAID | 22.35 | .00 | 73.15 | .00 | 95.50 |

```
TOTAL PAID                1139.93           .00       17029.02             .00      18168.95
```
The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2700.00
and was paid $   2700.00 .

The Trustee received $     911.05 .

Refunds to the Debtor totaled $    378.28 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 08/19/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE


                              PAGE   2
     CASE NO. 04 B 43789 JOSE EUSTAQUIO CARDONA & MARY ANN CARDONA